# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**KEITH KAPLAN,**
*Plaintiff*

                V.        **SUMMONS IN A CIVIL CASE**

**TEANECK BOARD OF EDUCATION, ET AL.,**
*Defendant*

CASE NUMBER: **2:25−CV−16764−EP−JBC**

TO: *(Name and address of Defendant):*

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**/s Melissa E. Rhoads**
**Clerk of Court**



**ISSUED ON 2025−11−19 14:51:39**, Clerk USDC NJD

**RETURN OF SERVICE**

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | January 19, 2026 |
| NAME OF SERVER *(PRINT)* | TITLE | Keith S Kaplan |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date):_____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left:
_____; or

☐ Returned unexecuted: _____
_____
_____; or

☒ Other (specify):
On January 19, 2026, I transmitted a true and correct copy of the Summons and Complaint in the above-captioned matter via electronic mail to Marc Zitomer of the law firm Schenck, Price, Smith & King, LLP, counsel for the Defendants.

In a written communication dated January 29, 2026, Mark Silver of Schenck, Price, Smith & King, LLP, expressly confirmed that he is authorized to accept service on behalf of all named Defendants and formally accepted service of process, effective retroactively to January 19, 2026.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/29/2026 | 12:48 PM PST    *[signature]*
                    Date                    *Signature of Server*
                                            670 Ramapo Road
                                            Teaneck, NJ 07666
                                            *Address of Server*