**Schenck Price**
—— SCHENCK PRICE SMITH & KING, LLP ——

*Serving Our Clients and Community*
*For Over 100 Years*

**Mark K. Silver**
*Admitted in NJ, NY & PA*
Direct Line: 973-798-4950
Email: Mks@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

June 4, 2026

***VIA ECF***

Hon. James B. Clark, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:    Keith Kaplan v. Teaneck Board of Education, et al.**
> **Civil Action No.: 2:25-cv-16764 (EP)(JBC)**

Dear Judge Clark:

This firm represents Defendants Teaneck Board of Education and each of the newly added individual defendants ("Defendants") in the above-referenced matter. We write to request a modification of the current response deadlines.

By way of background, Plaintiff, who was at the time *pro se,* filed his Original Complaint against the Teaneck Board of Education and the Teaneck School District. Defendants filed a Motion to Dismiss pursuant Rule 12.  Prior to the motion being decided, Plaintiff advised the Court that he was hiring an attorney and the attorney wanted the opportunity to amend the complaint. Defendants' motion was administratively terminated, and Plaintiff was granted the right to amend his Complaint (over Defendants' objection).

On April 15, 2026, Plaintiff's new counsel, Stephanie Jablonsky, entered her appearance. On May 15, 2026, Plaintiff's First Amended Complaint was filed. The First Amended Complaint joined four (4) new defendants. Those Defendants were members of the Board and named in their individual capacities to the suit. Although the First Amended Complaint was better written than its predecessor, it still suffers from the same fatal flaws. Per the Court's March 16, 2026, Order, Defendants' renewed Motion to Dismiss is due on or before **June 5, 2026**.

However, after reviewing the First Amended Complaint, during the week of May 18, 2026, the undersigned counsel contacted Plaintiff's counsel and advised of Defendants' intent to send a Rule 11 letter on several issues, including the lack of a legally cognizable claim against the newly joined individual defendant, Andre Spencer. Defendants requested that Spencer be dismissed from the case.  A follow up email memorializing same was sent of May 22, 2026. (See attached).

---

FLORHAM PARK, NJ                    PARAMUS, NJ                    SPARTA, NJ                    NEW YORK, NY



In response, Plaintiff's counsel called the undersigned counsel and advised that Plaintiff wanted Defendants' consent to yet again amend the Complaint and file a Second Amended Complaint. The undersigned responded that it could not consent without seeing the proposed Second Amended Complaint.  On three (3) separate occasions, Plaintiff's counsel has advised that a proposed Second Amended Complaint would be produced soon. (See attached).  However, as of the date of this writing, a proposed Second Amended Complaint has not been produced and Defendants are now up against the Court-ordered deadline.  We write to seek assistance from the Court.

Defendants relied on Plaintiff's representations about a proposed Second Amended Complaint to their detriment.  At a minimum, Defendants need a twenty-one (21) day extension of the June 5, 2026, deadline in order to file a Motion to Dismiss on the currently operative First Amended Complaint.  However, Defendants do not want to waste time and resources for a second time if the Court is inclined to grant Plaintiff permission to file a Second Amended Complaint.

To the extent that the Court is inclined to grant Plaintiff permission to file a Second Amended Complaint, Defendants respectfully request the following:

1) Plaintiff must file the Second Amended Complaint within seven (7) days; and

2) Upon receipt of electronic filing notice of Plaintiff's Second Amended Complaint, Defendants have seven (7) days to issue a letter pursuant to Rule 11.

3) Assuming the Second Amended Complaint has not been withdrawn in response to the Rule 11 letter, Defendants' Motions to Dismiss are due on or before twenty-eight (28) days following the filing of Second Amended Complaint.

We thank the Court for its consideration of this request.

Respectfully submitted,

SCHENCK, PRICE, SMITH & KING, LLP

*/s/ Mark K. Silver*

Mark K. Silver

MKS/

cc:    All counsel (via ECF)