# UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

June 8, 2026

## LETTER ORDER

Re:   **Kaplan v. Teaneck Board of Education, et al.**
**Civil Action No. 25-16764 (EP)**

Dear Counsel,

The Court is in receipt of a letter from Defendants dated June 4, 2026 and a responsive letter from Plaintiff filed on the same day.  *See* Dkt. Nos. 28-29.  Although Defendants have requested a twenty-one (21) day extension of time to respond to Plaintiff's Amended Complaint, Plaintiff has indicated that he will soon be filing a motion for leave to file a Second Amended Complaint in this action.  Accordingly, the Court orders as follows:

1. Plaintiff shall file his motion for leave to amend by **June 15, 2026**.  Defendants shall file their response to Plaintiff's motion by **June 26, 2026**.  Plaintiff shall file his reply, if any, by **July 3, 2026**.  Defendants' deadline for responding to Plaintiff's Amended Complaint is suspended pending resolution of Plaintiff's motion for leave to amend.

2. This Order **TERMINATES** the request at Dkt. No. 28.

**IT IS SO ORDERED**.

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**