<u>**ORDER**</u>



T: 609-831-2025
WWW.MADISONHOUSELEGAL.COM

*Principal Attorney:*
STEPHANIE JABLONSKY, ESQ.
Admitted in New Jersey and the District of Columbia

*Of Counsel:*
ANTHONY SCIARAFFA, ESQ.
Admitted in Massachusetts

June 16, 2026

<u>***VIA CM/ECF***</u>

Hon. James B. Clark III, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:**    **Keith Kaplan v. Teaneck Board of Education, et al.**
> **Civil Action No.: 2:25-cv-16764 (EP)(JBC)**

Dear Judge Clark:

This firm represents Plaintiff, Keith Kaplan, in the above-referenced matter. Plaintiff respectfully requests leave to refile his Motion for Leave to File a Second Amended Complaint.

On June 15, 2026, Plaintiff timely filed a motion seeking leave to file a Second Amended Complaint [ECF No. 31]. Due to formatting issues Plaintiff was unable to resolve prior to the filing deadline, Plaintiff was unable to attach an accurate redlined version of the proposed Second Amended Complaint. Additionally, an incorrect compilation of exhibits was attached.

In a good-faith effort to comply with the Court's June 15, 2026 filing deadline, Plaintiff attached a clean version of the proposed Second Amended Complaint rather than the redlined version required by Your Honor's Individual Procedures governing motions to amend. The exhibit compilation also omitted two additional exhibits intended to accompany the proposed Second Amended Complaint.

The formatting issue has since been resolved, and Plaintiff is now in a position to submit the correct redlined pleading and complete exhibit compilation.

Rather than filing piecemeal corrections to the motion record, Plaintiff respectfully requests leave to refile the motion package in its entirety to avoid confusion as to which versions of the proposed pleading and supporting exhibits govern.

Plaintiff further requests that the Court deem the refiled motion timely. Plaintiff made a good-faith effort to comply with the applicable filing deadline and timely filed the motion. The present request arises from unanticipated formatting complications, not from any lack of diligence or attempt to obtain a strategic advantage. No party will be prejudiced by the requested relief, and permitting refiling will ensure that the Court evaluates the motion based upon the materials Plaintiff intended to submit before the deadline.

Plaintiff notified Defendants of this request prior to filing this letter. Defendants' position is presently unknown.

Accordingly, Plaintiff respectfully requests that the Court:

(1) **\*permit Plaintiff to refile the motion with the correct proposed pleading and exhibits; and**
(2) **deem the refiled motion filed *nunc pro tunc* as of June 15, 2026.\***

 Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*s/ Stephanie Jablonsky*

Stephanie Jablonsky

Jablonsky Legal LLC d/b/a Madison House Legal Group

cc:      Mark K. Silver, Counsel for Defendants (via ECF)

**\*\*This order TERMINATES ECF No. 31.**

**SO ORDERED.**

*s/ James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**
Date: 6/16/2026