**Schenck Price**

SCHENCK PRICE SMITH & KING, LLP

*Serving Our Clients and Community*
*For Over 100 Years*

**Mark K. Silver**
*Admitted in NJ, NY & PA*
Direct Line: 973-798-4950
Email: Mks@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

June 24, 2026

***VIA ECF***

Hon. James B. Clark, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   **Re: Keith Kaplan v. Teaneck Board of Education, et al.**
     **Civil Action No.: 2:25-cv-16764 (EP)(JBC)**

Dear Judge Clark:

  This firm represents Defendants Teaneck Board of Education and each of the newly added individual defendants (collectively, "Defendants") in the above-referenced matter. Pursuant to the Court's June 8, 2026, Letter Order, we submit this letter in response to Plaintiff's Motion for Leave to File a Second Amended Complaint.

  Having now had the opportunity to review Plaintiff's Proposed Second Amended Complaint, Defendants officially take no position on the pending motion.

  To be clear, if granted, this amendment would be Plaintiff's third bite at the apple. From a legal perspective, Defendants cannot consent to Plaintiff's proposed amendment because they find the proposed additions to be futile. Defendants do not believe that Plaintiff's Complaint can be saved no matter how many amendments are attempted. Unwilling to waive any legal arguments available to them, Defendants cannot consent to the Motion to Amend.

  From a practical perspective, the thing Defendants desire most is finality. Defendants intend to file a Motion to Dismiss in response to either the currently operative First Amended Complaint or the proposed Second Amended Complaint (if permission to amend is granted). Therefore, from that perspective, Defendants do not oppose an amendment so long as this is Plaintiff's final attempt at an amendment. Therefore, when the Court ultimately grants Defendants' Motion and dismisses Plaintiff's Amended Complaint, it can do so with prejudice.

---

FLORHAM PARK, NJ    PARAMUS, NJ    SPARTA, NJ    NEW YORK, NY



Hon. James B. Clark, U.S.M.J.

June 24, 2026

Page 2 of 2

In light of the foregoing, Defendants request the following:

1. Defendants require thirty (30) days from a decision on the pending Motion to Amend to file a Motion to Dismiss to whichever Complaint the Court decides is the operative document.

2. In light of the issues in this case, when the Court reschedules the Initial Case Management Conference/Settlement Conference, Defendants are ready, willing and able to appear and participate. However, Defendants respectfully request that this Court excuse Defendants from the burden and expense of having to produce Initial Disclosures until: 1) The Court rules on Defendants' Motion to Dismiss; or, alternatively, 2) after the Initial Conference.

We thank the Court for its consideration of this request.

Respectfully submitted,

SCHENCK, PRICE, SMITH & KING, LLP

*/s/ Mark K. Silver*

Mark K. Silver

MKS/

cc:    All counsel (via ECF)