**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

July 22, 2026

**LETTER ORDER**

Re:     **Kaplan v. Teaneck Board of Education, et al.**
        **Civil Action No. 25-16764 (EP)**

Dear Counsel,

As discussed during the in-person initial/settlement conference held with the parties in this matter earlier today, the Court orders as follows:

1.  The Court will conduct a settlement conference with the parties on **August 6, 2026 at 1:00 PM**.  All counsel and clients with full settlement authority shall be present, in-person for the conference.  No further written submissions pertaining to settlement will be necessary. Formal discovery is stayed pending the settlement conference.

2.  Plaintiff's motion for leave to file a Second Amended Complaint [Dkt. No. 34] is **GRANTED**.  Plaintiff shall file his proposed amended complaint within **seven (7) days** of the date of this Order.

3.  Defendants shall answer or otherwise respond to Plaintiff's amended complaint by no later than **August 31, 2026**.

**IT IS SO ORDERED**.

*s/ James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**