# UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**COURTROOM 2A**
**NEWARK, NJ 07102**

July 29, 2026

## LETTER ORDER

Re:    **Kaplan v. Teaneck Board of Education, et al.**
      **Civil Action No. 25-16764 (EP)**

The in-person settlement conference scheduled with the parties in this matter on **August 6, 2026 at 1:00 PM** will be held at **10:00 AM** instead.

**IT IS SO ORDERED**.

*s/ James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**