# UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**COURTROOM 2A**
**NEWARK, NJ 07102**

August 5, 2026

## LETTER ORDER

Re:   **Kaplan v. Teaneck Board of Education, et al.**
      **Civil Action No. 25-16764 (EP)**

Dear Counsel,

As discussed during the settlement conference held with the parties in this matter earlier today,

Defendants shall file their motion to dismiss Plaintiff's Second Amended Complaint by no later

than **August 31, 2026**.

        **IT IS SO ORDERED**.

                                        _s/ James B. Clark, III_
                                        **JAMES B. CLARK, III**
                                        **United States Magistrate Judge**