MADISON HOUSE
LEGAL GROUP

T: 609-831-2025
WWW.MADISONHOUSELEGAL.COM

*Principal Attorney:*
STEPHANIE JABLONSKY, ESQ.
Admitted in New Jersey and the District of Columbia

*Of Counsel:*
ANTHONY SCIARAFFA, ESQ.
Admitted in Massachusetts

September 16, 2026

***VIA CM/ECF***

Hon. Hon. Evelyn Padin, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: Keith Kaplan v. Teaneck Board of Education, et al.**
**Civil Action No.: 2:25-cv-16764 (EP)(JBC)**

Dear Judge Padin:

This firm represents Plaintiff, Keith Kaplan, in the above-referenced matter. Plaintiff respectfully requests a brief extension of the deadline to file opposition papers to Defendants' motions to dismiss, which are currently returnable on October 5, 2026, and Plaintiff's opposition papers are due on September 21, 2026. Plaintiff respectfully requests, with the consent of Defendants' counsel, that the opposition deadline be extended to October 19, 2026, with the motion date correspondingly adjourned to November 2, 2026.

Defendants have filed two motions to dismiss—one on behalf of the Teaneck Board of Education and one on behalf of the individual Board members. The motions raise a number of issues, including several immunity defenses asserted by the individual defendants. Plaintiff's counsel also has overlapping deadlines in other matters during the current briefing period. In light of the scope of the two motions and overlapping deadlines, additional time is necessary to prepare a complete response.

Respectfully submitted,
*s/ Stephanie Jablonsky*
Stephanie Jablonsky
Jablonsky Legal LLC d/b/a Madison House Legal Group

cc: Mark K. Silver, Counsel for Defendants (via ECF)