**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KEITH KAPLAN,<br><br>Plaintiff,<br><br>v.<br><br>TEANECK BOARD OF EDUCATION; SEBASTIAN RODRIGUEZ, former President, Teaneck Board of Education, in his individual capacity; VICTORIA FISHER, former Vice President, Teaneck Board of Education, in her individual capacity; ANDRE D. SPENCER, Superintendent of Schools, Teaneck Public School District, in his official and individual capacities; CLARA WILLIAMS, Board Member, Teaneck Board of Education, in her individual and official capacities; and JOHN DOES 1–25,<br><br>Defendants. | Case No. 2:25-cv-16764 (EP) (JBC)<br><br>Hon. Evelyn Padin, U.S.D.N.J. |

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41**

**To the Clerk of the U.S. District Court:**

The parties, through counsel, hereby stipulate and agree to the dismissal of Defendant, Teaneck Public School District, without prejudice.

Dated: July 29, 2026

By: *<u>/s/ Stephanie Jablonsky</u>*

Stephanie Jablonsky
Jablonsky Legal LLC d/b/a
Madison House Legal Group
124 West Washington Avenue
Suite 4
Washington, NJ 07882
T: 609-831-2025
stephanie@madisonhouselegal.com
*Attorney for Plaintiff*

Dated: September 1, 2026

By: */s/ Mark K. Silver*

Mark K. Silver
Schenck, Price, Smith & King, LLP
220 Park Avenue
PO Box 991
Florham Park, NJ 07932
T: 732-539-1000
F: 973-540-7300
Mks@spsk.com
*Attorney for Defendants*

**So Ordered**
**September 17, 2026**

**Evelyn Padin, U.S.D.J.**