Schenck Price
SCHENCK PRICE SMITH & KING, LLP

*Serving Our Clients and Community*
*For Over 100 Years*

**Mark K. Silver**
*Admitted in NJ, NY and PA*
Direct Line: 973-798-4950
Email: Mks@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

October 21, 2026

**VIA ECF**
Hon. Evelyn Padin, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**RE:** ***Kaplan v. Teaneck Board of Education, et al.***
**Civil Action No. 2:25-cv-16764 (EP)(JBC)**

Dear Judge Padin:

This firm represents Defendants Teaneck Board of Education (the "Board"), Sebastian Rodriguez, Victoria Fisher, Andre D. Spencer, and Clara Williams (the "Individual Defendants") (collectively, "Defendants") in the above-referenced matter.

Currently pending before the Court on November 2, 2026, are the Board's Motion to Dismiss Plaintiff's Second Amended Complaint [ECF Doc. No. 40] and the Individual Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint [ECF Doc. No. 41]. Plaintiff filed his Brief in Opposition to said Motions on October 19, 2026 [ECF Doc. No. 48]. Defendants' Reply Briefs are currently due on or before Monday, October 26, 2026.

The parties have conferred and mutually agree to an extension of time for Defendants to file Reply Briefs to the pending Motions until Monday, November 16, 2026. Therefore, Defendants respectfully request the Court grant the proposed extension and adjourn the pending Motions until Monday, December 7, 2026.

We thank the Court for its time and consideration of this request.

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 10/22/2026

Respectfully submitted,

**SCHENCK PRICE SMITH & KING LLP**

*/s/ Mark K. Silver*

Mark K. Silver

cc: All Counsel of Record (via ECF)