Schenck Price
SCHENCK PRICE SMITH & KING, LLP
*Serving Our Clients and Community For Over 100 Years*

**Mark K. Silver**
*Admitted in NJ, NY and PA*
Direct Line: 973-798-4950
Email: Mks@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

November 20, 2026

**VIA ECF**

Hon. James B. Clark, III, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

**RE:** ***Kaplan v. Teaneck Board of Education, et al.***
**Civil Action No. 2:25-cv-16764 (EP)(JBC)**

Dear Judge Clark:

This firm represents Defendants Teaneck Board of Education (the "Board"), Sebastian Rodriguez, Victoria Fisher, Andre D. Spencer, and Clara Williams (the "Individual Defendants") (collectively, "Defendants") in the above-referenced matter.

We write to follow up and remind the Court of the outstanding issue raised in our September 2, 2026, letter, in which Defendants asked the Court to stay discovery pending resolution of the Defendants' Motion to Dismiss.

As of today, the Motion to Dismiss has been fully briefed and the basis for the stay has not changed. The motion raises qualified immunity and absolute legislative immunity, both of which protect the Defendants from the burdens of discovery, not only from liability. As noted in our prior letter, if the Court prefers that Defendants file a formal motion, they are happy to do so.

Thank you for your consideration.

Respectfully submitted,

**SCHENCK PRICE SMITH & KING LLP**

*/s/ Mark K. Silver*

Mark K. Silver

MKS/

cc: All Counsel of Record (via ECF)